DONALD F. HARRIS ET AL. *v.* CITY OF HARTFORD
(12031)

DUPONT, C. J., FOTI and LAVERY, Js.

Submitted on briefs September 24—decision released October 19, 1993

*Donald F. Harris,* pro se, and *Lisa M. Harris,* pro se, the appellants (plaintiffs), filed a brief.

*Joseph M. Lugo* and *Helen Apostolidis,* assistant corporation counsel, filed a brief for the appellee (defendant).

PER CURIAM. The judgment is affirmed.